# Exhibit D



BOARD OF GOVERNORS
OF THE
FEDERAL RESERVE SYSTEM
WASHINGTON, D. C. 20551-0001

February 5, 2013

Ellen Opper-Weiner, Esq.
Law Offices of Ellen-Opper-Weiner
3 Bethesda Metro Center, Suite 700
Bethesda, MD 20814

    RE:    DeBora Burford v. Board of Governors of the Federal Reserve System
             Complaint No: FRB-EEO-13-01-002

Dear Ms. Opper-Weiner:

This is to inform you of the Board of Governors of the Federal Reserve System (Board) decision on your client's complaint of discrimination. Your client's complaint will be processed pursuant to the provisions of the Board Rules Regarding Equal Opportunity 12 C.F.R Part 268. In accordance with the regulation, please find a copy of the EEO Counseling Report prepared by Ms. Penny Thompson and Board Rules Regarding Equal Opportunity.

The following claim raised by your client has been dismissed and will not be investigated for the following reason cited below:

**Sex (female), Age (53), and Reprisal (filing an EEO complaint):**

    Whether you were discriminated against based on sex (female), age (53) and reprisal (for filing a EEO complaint) when, on February 29, 2012, you were publically humiliated in your discharge from your position in the Law Enforcement Unit and did not receive due process when false information was used as a basis for your discharge.

If your client disagrees with the framing of the claim, your client must submit a statement to the Board in writing to my attention within 7 calendar days from receipt of this correspondence and it will become part of the complaint file.

<u>**Timeliness of Claim - dismissal**</u>

The Board's EEO Rules require that complaints of discrimination be brought to the attention of the EEO Counselor within 45 days of the date of the matter alleged to be discriminatory or, in case of a personnel action, within 45 days of the effective date of the actions. 12 C.F.R. § 268.104(a)(1). In this case, the personnel action of which Complainant complains is that Complainant was terminated from Board employment. The termination was effective on February 29, 2012. According, Complainant was required to initiate the EEO process no later than April 14, 2012.

Page 2 – Ellen Opper-Weiner, Esq. (DeBora Burford – FRB-EEO-13-01-001)

Complainant was advised in the termination letter to review the attached Board's Adverse Action Policy and Procedures, which explained the process that applied in the case of Complainant's separation. The policy states that Complainant may simultaneously challenge an adverse action under the Board's Adverse Action Policy and Procedures and under the Board's Equal Employment Opportunity policy. The EEO Counselor's Report reflects that Complainant and her attorney acknowledge missing the deadline to file a timely appeal (either through the Board's EEO process or the appeal process) on Complainant's termination.

There is no evidence that Complainant was unaware of the time limits for raising this claim or that Complainant was prevented from contacting an EEO Counselor such that the time limits should be waived for the incident. The fact that Complainant had filed a prior complaint in 2010 with the Board's EEO Programs Office suggests that Complainant had some knowledge and familiarity with the Board's EEO procedures. Therefore, Complainant reasonably should have suspected that her termination was discriminatory at the time she learned of it. Filing time limitations for this type of discrete employment action generally run from the time the action occurred. See *National Railroad Passenger Corp. v. Morgan*, 122 S.Ct. 2061 (June 10, 2002).

Timely contact with an EEO Counselor is a requirement of pursuing an EEO claim. For that reason, the Board must dismiss Complainant's complaint in its entirety. 12 C.F.R. § 268.106(a)(2) (requiring dismissal of complaint that fails to comply with the applicable time limits in § 268.104)

## APPEAL PROCEDURES

Your client has the right to appeal this dismissal to the Equal Employment Opportunity Commission (EEOC). Your client must make the request within 30 days of the receipt of this dismissal. To request review by the Commission, you must send your request by mail, personal delivery or facsimile, on the EEOC Form 573, Notice of Appeals/Petition, Box 77960, Washington, DC 20013.

mail to:

    Equal Employment Opportunity Commission
    Office of Federal Operations
    P.O. Box 77960
    Washington D. C. 20013

Page 3 – Ellen Opper-Weiner, Esq. (DeBora Burford – FRB-EEO-13-01-001)

    or hand delivered to:

    Equal Employment Opportunity Commission
    Office of Federal Operations
    Appellate Review Programs
    131 M Street N.E.
    Washington, D.C. 20507

    or sent by fax to:

    (202) 663-7022.

Your client's request for review should indicate the matters you wish the Commission to review. Please send a copy of the request for review to me. Attached to the review from the Commission, you must certify the date and method by which services was made on the Board. If you do not file your client's request for review within the time limits, your client's request will be considered untimely and shall be dismissed by the Commission. Any statement or brief in support of the request must be submitted to the Director, Office of Federal Operations within 30 days of the filing for request for review.

Your client may file a civil action in an appropriate United State District Court within 90 days of receipt of the Board's final decision or EEOC's decision. If no decision has been made on your client's complaint, your client may file civil action after 180 days has elapsed from the date she filed her complaint with the Board or from the date of filing a request for review from the Commission. You must name the person who is the official agency head as the defendant. In this case, you must name Ben S. Bernanke, Chairman, as the defendant. Failure to provide the name or official title of the agency head may result in the dismissal of your client's case. The civil action must be filed within ninety (90) calendar days of the date you receive the final action or final decisions (as appropriate) from the Board or the EEOC.

Page 3 – Ellen Opper-Weiner, Esq. (DeBora Burford – FRB-EEO-13-01-001)

In the event there is a change in your address or telephone number, you must notify the Board's Office of Diversity and Inclusion in writing immediately. If you have any questions regarding any information contained in this letter, please contact me at 202-452-2883.

Sincerely,

Sheila Clark
Director
Office of Diversity and Inclusion


Enclosures:   EEO Counselor's Report
              Board Rules Regarding Equal Opportunity
              EEOC Form 573 - Notice of Appeal/Petition


cc:   DeBora Burford, Complainant
      John Kuray (without enclosures)

# EEO COUNSELOR'S REPORT

**AGENCY**  Board of Governors of the Federal Reserve System (Federal Reserve Board)

**AGGRIEVED PERSON (AP)**

    **Name:** Debora Burford

    **Position Title:** Former employee (Law Enforcement Officer)

    **Place of Employment:**

    Board of Governors of the Federal Reserve Board
    20th and C Streets, NW
    Washington, DC  20551

    **Work Phone Number:** NA

    **Home Phone Number:** 301-645-2014

    **Home/Mailing Address:** 4609 Goldeneye Place, Waldorf, MD  20603

    **Representative:** Ms. Ellen Opper-Weiner, Esq.

    **Representative's Mailing Address:** 3 Bethesda Metro Center, Suite 700, Bethesda, MD 20814, (301)664-8434

**CHRONOLOGY OF COUNSELING ACTIVITIES**

    **Date of Initial Contact with the EEO Programs Office:** 07/11/2012

    **Date of Initial Interview with Counselor:** 11/07/12

    **Date of Alleged Discriminatory Incident:** 12/08/11

    **Date of Final Interview:** 12/21/12

    **Reason for delay:** Scheduling conflicts

    **Date of Issuance of Notice of Right to File a Discrimination Complaint:** 12/21/12

**BASIS (ES) FOR ALLEGED DISCRIMINATION**

    Sex, Age, and Reprisal (prior EEO activity).

1

## CLAIM

Ms. Burford alleges she was subjected to discrimination based on sex (female), age (53), and retaliation (prior EEO activity), when, on February 29, 2012, she was terminated from her position in the Law Enforcement Unit.[1]

## REMEDIES OR RESOLUTION REQUESTED

Reinstatement with full back pay and benefits

## EEO COUNSELOR'S CHECKLIST

   A. Equal Employment Opportunity Counseling Inquiry Form  (Exhibit #1)
   B. Counselee Rights and Responsibilities (Exhibit #2)
   C. Board of Governors for the Federal Reserve Board Rules Regarding Equal Opportunity
   D. Brochure – The EEO Complaint System and How it Works
   E. Mediation Program (Exhibit #3)
   F. Final Interview Memorandum (Exhibit #4)
   G. Formal Complaint of Discrimination Form (Exhibit #5)

## SUMMARY OF PERSONAL INTERVIEWS

**Debora Burford – sex (female), age (over 40 years old), and reprisal (prior EEO activity)**

Ms. Burford stated she was separated from the Board on March 1, 2012 and was not counseled on her rights.

Ms. Burford and her attorney Ms. Ellen Opper-Weiner stated they missed the deadline to file an appeal.

## SUMMARY/RESOLUTION ATTEMPT

The Notice of Separation letter dated February 29, 2012 explained Ms. Burford's appeal rights and the procedures for filing an appeal to the decision made by the Board. The deadline to file an appeal was no later than 30 days after receipt of the Notice of Separation letter. The deadline to file an appeal was March 30, 2012. Ms. Burford nor her attorney Ms. Ellen Opper-Weiner filed an appeal to the Board.

No resolution was achieved.

---

[1] The Administrative Judge issued an Order to provide informal counseling for allegation regarding Complainant's termination (see ATTACHMENT #2 – Order Denying Motion to Amend Complaint and Motion for Leave to File Motion to Compel Discovery)

**Documents Supplied by Aggrieved Person**

N/A

**Documents Supplied by Management**

- Copy of Ms. Burford Notice of Separation (Attachment # 1).

- Order Denying Motion to Amend Complaint and Motion for Leave to File Motion to Compel Discovery – Administrative Judge Kathryn Brown (Attachment #2)

**COUNSELOR'S CERTIFICATION**

1. Ms. Burford has been provided with a written statement of her rights and responsibilities regarding the EEO complaint process.

2. The final interview was conducted on 12/21/2012. At that time the AP attorney was informed of the scope of my inquiry and the reasons articulated by the management for its action. The AP was informed of their right to file a formal complaint **within 15 calendar days after receiving the Notice of Right to File a Discrimination Complaint**. I issued the Notice of Right to File a Discrimination Complaint as attached.

Penny Thompson  
Name of Counselor

*[signature]*  
Signature of Counselor

(202) 452-2077  
Telephone Number

20th and C Streets, MS 156  
Washington, DC 20551  

Address

3